# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2023 KW 0167

VERSUS

JON C. BALLAY

**MAY 8, 2023**

---

In Re:    Jon C. Ballay, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          540943.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

                    MRT
                    WRC
                    CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT